IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHANDLER ENSKAT, and** ) | |
| **SHARON ENSKAT, individually and** ) | |
| **as Next Friend for Chandler Enskat,** ) | |
| **a minor,** ) | |
| ) | Civil No. **09-613-GPM-CJP** |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **BONNIE K. HITZEMANN,** ) | |
| ) | |
| Defendant. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Sharon Enskat's Motion for Appointment of Next Friend. **(Doc. 4)**.[1]

Plaintiff Sharon Enskat moves the Court to appoint her as the Next Friend of her son, Chandler Enskat, for the purpose of prosecuting this action. The Court will grant the motion, although it was not necessary to file same. As the minor plaintiff is represented, Fed.R.Civ.P. 17(c)(2), to which plaintiff cites, does not apply.

For good cause shown, plaintiffs' Motion for Appointment of Next Friend **(Doc. 4)** is **GRANTED.** Sharon Enskat is appointed Next Friend of her son, Chandler Enskat, for the purpose of prosecuting this action.

       **IT IS SO ORDERED.**

       **DATED: August 19, 2009.**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**

---

[1]The Court notes that the caption of the motion is incorrect in that it names Chandler as the sole plaintiff, but the complaint clearly states that Sharon is suing in both individual and representative capacities.