IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHANDLER ENSKAT, a minor, and SHARON ENSKAT, individually and as Next Friend, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 09-cv-0613-SCW |
| BONNIE K. HITZEMAN, | ) ) |
| Defendant, | ) ) |
| vs. | ) ) |
| RON APRIN, | ) ) |
| Third-Party Defendant | ) |

## ORDER REGARDING SETTLEMENT AND IMPENDING DISMISSAL

**WILLIAMS, Magistrate Judge:**

Having been advised by the parties that the above-captioned action has been settled in its entirety, but that additional time is needed to finalize the settlement documents, the undersigned Magistrate Judge hereby **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice.  Each party shall bear his or her own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement within the 60-day period, they may – before that period expires – move to postpone entry of judgment to a later date.  Due to the settlement, the Court **CANCELS** all settings herein.

IT IS SO ORDERED.

DATED January 4, 2011.

/s/ **Stephen C. Williams**
STEPHEN C. WILLIAMS
United States Magistrate Judge