IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHANDLER ENSKAT and SHARON ENSKAT | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 09-cv-0613-SCW ) |
| BONNIE K. HITZEMANN, | ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| RONALD ARPIN, | ) ) |
| Third-Party Defendant. | ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Stephen C. Williams on March 8, 2011, (Doc. 53), the above-captioned action is **DISMISSED with prejudice**. Each party to bear his or her own costs.

Dated: April 21, 2011

                                                Nancy J. Rosenstengel, Clerk of Court

                                                By: /s/ Angie Vehlewald
                                                          Deputy Clerk

Approved: /s/ *Stephen C. Williams*
                  Stephen C. Williams
                  United States Magistrate Judge